IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No: 21-MJ-427-ZMF |
| | : | |
| JONATHAN ACE SANDERS, SR., | : | |
| | : | |
| Defendant. | : | |

## MOTION TO UNSEAL REDACTED STATEMENT OF FACTS IN SUPPORT OF CRIMINAL COMPLAINT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this motion to unseal the redacted statement of facts in support of the criminal complaint previously issued in the above-referenced matter.

## SUGGESTIONS IN SUPPORT

The Court signed a complaint and statement of facts in support of the criminal complaint in the above-referenced case on May 14, 2021, and upon the Government's motion placed the redacted statement of facts in support of the criminal complaint under seal because the identified defendant had not been arrested.

The Government submits that the redacted statement of facts in support of the criminal complaint no longer needs to remain sealed as the defendant in this case was arrested on May 25, 2021. The statement of facts in support of the criminal complaint should be made available to defendant and his counsel if one is retained or appointed to him.

Government counsel has been informed that the unredacted statement of facts in support of the criminal complaint will remain sealed.

## CONCLUSION

**WHEREFORE**, the United States respectfully requests that the Court enter an order unsealing the redacted statement of facts in support of the criminal complaint.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793


by: /s/*Mona Lee M. Furst*
MONA LEE M. FURST
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Mobile No. (316) 213-7420
Mona.Furst@usdoj.gov