**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No: 21-MJ-427-ZMF** |
| : | |
| **JONATHAN ACE SANDERS, SR.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon the Motion of the United States to Unseal the Redacted Statement of Facts in Support of a Criminal Complaint relating to the above-referenced case, and for good cause shown,

IT IS HEREBY ORDERED, that the redacted statement of facts in support of a criminal complaint shall be unsealed;

Date: May 27, 2021

                                                             JUDGE ROBIN M. MERIWEATHER
                                                             UNITED STATES MAGISTRATE JUDGE