3:21-mj-56-MPB

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
06/04/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States of America
v.
Jonathan Ace Sanders, Sr.

Defendant

)
) Case: 1:21-mj-00427
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 5/14/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Jonathan Ace Sanders, Sr._,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/14/2021

2021.05.14
17:20:46 -04'00'
_Issuing officer's signature_

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on (date) 5/14/2021, and the person was arrested on (date) 5/25/2021
at (city and state) Vincennes, IN.

Date: 5/25/2021

_Arresting officer's signature_
David Gorman - Special Agent FBI
_Printed name and title_

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00427 |
| Jonathan Ace Sanders, Sr. | ) Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign Date: 5/14/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

David Gorman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/14/2021__

2021.05.14
17:14:28 -04'00'
*Judge's signature*

City and state: __Washington, D.C.__    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Ace Sanders, Sr.<br><br>*Defendant* | Case: 1:21-mj-00427<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 5/14/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jonathan Ace Sanders, Sr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  05/14/2021

2021.05.14 17:20:46 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21-mj-00427 |
| : | Assigned to: Judge Faruqui, Zia M. |
| v. : | Assign Date: 5/14/2021 |
| : | Description: COMPLAINT W/ARREST WARRANT |
| : | **VIOLATIONS:** |
| **JONATHAN ACE SANDERS, SR.,** : | **18 U.S.C. §§ 1752(a)(1)-(2)** |
| : | **(Entering and Remaining in a Restricted** |
| : | **Building or Grounds)** |
| **Defendant.** : | |
| : | **40 U.S.C. § 5104(e)(2)(D) and (G)** |
| : | **(Violent Entry or Disorderly Conduct on** |
| : | **Capitol Grounds)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the redacted affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the redacted affidavit in support of criminal complaint remain sealed even after the arrest warrant is executed.

3. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: May 14, 2021



2021.05.14
17:15:34 -04'00'

_____
JUDGE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:21-mj-00056-MPB |
| JONATHAN ACE SANDERS, SR. (01) ) | |
| ) | Charging District's Case No. 1:21-mj-00427 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  05/25/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ron Freson
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-mj-00056-MPB |
| | ) | |
| JONATHAN ACE SANDERS, SR, | ) -01 | |
| | ) | |
| Defendant. | ) | |

Entry for May 25, 2021

Before The Hon. Matthew P. Brookman, Magistrate Judge

Parties appear for a Rule 5(c)(3) hearing on a Criminal Complaint out of the District of Columbia (1:21-mj-00427).

The government appears by AUSA Matt Miller. Defendant appears in person and by CJA appointed counsel, Ron Freson. The USPO is represented by Courtney Price.

Defendant submits a financial affidavit. Counsel is appointed for the limited purposes of this hearing.

The defendant waives formal arraignment. The Court advises the defendant of his rights, charges and possible penalties, and the defendant and the government of their rights and obligations pursuant to the Due Process Protections Act.

The Defendant waived his right to an identity hearing.

The government does not move for detention. The defendant is ordered released. A separate order setting conditions of release to be entered.

Defendant is ordered released under conditions and is ordered to appear via Zoom at a hearing set for May 28, 2021 at 1:00 p.m. (EST), before Magistrate Judge Robin M. Meriweather, in the U.S. District Court for the District of Columbia. A copy of the Zoom information was provided to the defendant.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JONATHAN ACE SANDERS, SR (01)<br>*Defendant* | )<br>)<br>)  Case No.   3:21-MJ-00056-MPB<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: The United States District Court, District of Columbia, via Zoom, for an Initial Appearance hearing before Magistrate Judge Robin M. Meriweather
*Place*

\*\*\*zoomgov.com information provided to defendant by separate document\*\*\*

on _____ May 28, 2021 at 1:00 PM _____
*Date and Time*

If blank, defendant will be notified of next appearance.

~~(5)  The defendant must sign an Appearance Bond, if ordered.~~

Deft. Initials: _____

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                   *Custodian*                                      *Date*

( ☒ ) (7) The defendant must:
- ( ☒ ) (a) submit to supervision by and report for supervision to the UNITED STATES PRETRIAL SERVICES AGENCY, telephone number _____, no later than AS THEY INSTRUCT.
- ( ☒ ) (b) continue or actively seek employment.
- ( ☐ ) (c) continue or start an education program.
- ( ☒ ) (d) surrender any passport to: THE U.S. PROBATION OFFICE FOR THE SOUTHERN DISTRICT OF INDIANA
- ( ☒ ) (e) not obtain a passport or other international travel document.
- ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: RESTRICTED TO THE SOUTHERN DISTRICT OF INDIANA UNLESS PRE-APPROVED BY THE U.S. PRETRIAL SERVICES AGENCY
- ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: ANY CO-DEFENDANTS OR POTENTIAL CO-DEFENDANTS – IF RELATED DO NOT DISCUSS CASE
- ( ☐ ) (h) get medical or psychiatric treatment: _____
- ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
- ( ☒ ) (l) not use alcohol ( ☒ ) at all ( ☐ ) not to exceed .079 BAC.
- ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    - ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    - ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    - ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    - ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
      Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
- ( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    - ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
    - ( ☐ ) (ii) Voice Recognition; or
    - ( ☐ ) (iii) Radio Frequency; or
    - ( ☐ ) (iv) GPS.

Deft. Initials: _____

AO 199B   (Rev. 10/20 - Modified by INSD 04/21)  Additional Conditions of Release                                                                                        Page  3  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ )  (s)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ )  (t)  submit to the search of his/her person, vehicle, office/business, residence and property, including computer systems and internet-enabled devices, whenever the pretrial release office has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving the defendant. Other law enforcement may assist as necessary. The defendant shall submit to the seizure of any contraband that is found, and should forewarn other occupants or users that the property may be subject to being searched

( ☐ )  (u)  The defendant shall not incur new credit charges or open additional lines of credit. The defendant shall provide the pretrial release office access to any requested financial information for both business and personal accounts.

( ☐ )  (v)  Defendant is to report to the U.S. Marshals Office, 46 East Ohio Street, Room 176 Indianapolis, Indiana on _____ between the hours of 9:00 am and 3:00 p.m. EST for processing.

Deft. Initials: _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing by U.S. Marshal on or before _____.
( ☐ ) The defendant is ORDERED released. See condition (v).
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __5/25/2021_____        _____
                                        *Judicial Officer's Signature*

                                        Matthew P. Brookman, Magistrate Judge
                                        _____
                                        *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Deft. Initials: _____

ZOOM Information for U.S. Capitol Case Initial Appearance

Before Magistrate Judge Robin M. Merriweather

Initial Appearance set for May 28, 2021 at 1:00 p.m. Eastern in DC

**ZOOM INFORMATION FOR U.S. CAPITOL CASE INITIAL APPEARANCES BEFORE MAGISTRATE JUDGE ROBIN M. MERIWEATHER (MAY DOCKET):**

The Zoom information below is for use by counsel and defendants only. It is not to be given to family members or friends.

The telephone number for public and media use is:
866-590-5055, access code: 5496501#

RECORDING AUDIO OR VIDEO OF ANY COURT PROCEEDING IS STRICTLY PROHIBITED BY FEDERAL LAW.

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09

Meeting ID: 161 8952 5787
Passcode: 860903

One tap mobile
+16692545252,,16189525787#,,,,,,0#,,860903# US (San Jose)
+16468287666,,16189525787#,,,,,,0#,,860903# US (New York)
Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
+1 669 216 1590 US (San Jose)
+1 551 285 1373 US

Meeting ID: 161 8952 5787
Passcode: 860903

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  3:21-mj-00056-MPB |
| JONATHAN ACE SANDERS, SR. (01) ) | |
| ) | Charging District's |
| Defendant ) | Case No.  1:21-mj-00427 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of Columbia,

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____

The defendant:   ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   05/25/2021

_____
*Judge's signature*

Matthew P. Brookman, United States Magistrate Judge
*Printed name and title*

# U.S. District Court
## Southern District of Indiana (Evansville)
## CRIMINAL DOCKET FOR CASE #: 3:21-mj-00056-MPB All Defendants

Case title: USA v. SANDERS                                        Date Filed: 05/21/2021

Assigned to: Magistrate Judge Matthew P. Brookman

**Defendant (1)**

JONATHAN ACE SANDERS, SR                represented by   Ronald J. Freson , Sr.
                                                        420 Main Street
                                                        Suite 1205
                                                        Evansville, IN 47708
                                                        (812) 424-3593
                                                        Fax: (812) 424-3593
                                                        Email: ron@fresonlaw.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Warrant out of the District of Columbia (1:21-mj-00427) | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2021 | 1 | Warrant for arrest as to JONATHAN ACE SANDERS, SR (1) out of the District of Columbia (1:21-mj-427). (Attachments: # 1 Statement of Facts, # 2 Warrant)(TMB) (Additional attachment(s) added on 5/25/2021: # 3 Order) (TMB). (Entered: 05/21/2021) |

| Date | # | Description |
|---|---|---|
| 05/25/2021 | 2 | NOTICE OF ATTORNEY APPEARANCE: Ronald J. Freson, Sr appearing for JONATHAN ACE SANDERS, SR (1) (CJA Appointment). (Freson, Ronald) (Entered: 05/25/2021) |
| 05/25/2021 | 3 | MINUTE ORDER for proceedings held before Magistrate Judge Matthew P. Brookman: as to JONATHAN ACE SANDERS, SR (1) Initial Appearance in Rule 5(c)(3) Proceedings as to JONATHAN ACE SANDERS, SR (1) held on 5/25/2021. The government appears by AUSA Matt Miller. Defendant appears in person and by CJA appointed counsel, Ron Freson. The USPO is represented by Courtney Price. Defendant submits a financial affidavit. Counsel is appointed for the limited purposes of this hearing. The defendant waives formal arraignment. The Court advises the defendant of his rights, charges and possible penalties, and the defendant and the government of their rights and obligations pursuant to the Due Process Protections Act. The Defendant waived his right to an identity hearing. The government does not move for detention. The defendant is ordered released. A separate order setting conditions of release to be entered. Defendant is ordered released under conditions and is ordered to appear via Zoom at a hearing set for May 28, 2021 at 1:00 p.m. (EST), before Magistrate Judge Robin M. Meriweather, in the U.S. District Court for the District of Columbia. A copy of the Zoom information was provided to the defendant. Signed by Magistrate Judge Matthew P. Brookman. (TMB) (Entered: 05/25/2021) |
| 05/25/2021 | 5 | ORDER Setting Conditions of Release as to JONATHAN ACE SANDERS, SR (1). Signed by Magistrate Judge Matthew P. Brookman on 5/25/2021. Electronic Notice to USM-C. (JRB) Modified to correct date signed on 5/25/2021 (TMB). (Main Document 5 replaced on 5/25/2021) (TMB). (Entered: 05/25/2021) |
| 05/25/2021 | 6 | WAIVER of Rule 5(c)(3) Hearing by JONATHAN ACE SANDERS, SR (1) (JRB) (Entered: 05/25/2021) |
| 05/25/2021 | 7 | COMMITMENT TO ANOTHER DISTRICT as to JONATHAN ACE SANDERS, SR (1). Defendant committed to District of Columbia.. Signed by Magistrate Judge Matthew P. Brookman on 5/25/2021. Electronic Notice to USM-C.(JRB) (Entered: 05/25/2021) |
| 05/25/2021 | | Notice of a Rule 5 or Rule 32 Initial Appearance as to JONATHAN ACE SANDERS, SR (1). Transferee court case number is: 1:21-mj-427. Using a PACER account, the docket sheet and any documents may be received via the case number link. No documents/record will be sent to the receiving district court.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (JRB) (Entered: 05/25/2021) |
| 06/04/2021 | 9 | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 5/25/2021 in case as to JONATHAN ACE SANDERS, SR (1). Electronic Notice to USM-W.(JRB) (Entered: 06/04/2021) |

**Case #: 3:21-mj-00056-MPB-All**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2021 16:44:50 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:21-mj-00056-MPB |

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**